## Bradford v. Jones, et al.

(Decided April 25, 1912.)

### Appeal from Whitley Circuit Court.

Bill of Exceptions.—A bystander's bill of exceptions must be filed where the judge who presides at the trial dies before the bill is made up.

E. L. STEPHENS for appellant.

TYE & SILER for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Sustaining Motion.

When the judge who presides at the trial dies before a bill of exceptions is filed, a bystander's bill may be filed, but the bill may not be approved by the successor of the judge who presided at the trial. (P. C. C. & St. L. R. R. Co. v. Austin, 143 Ky., 70.)

The motion to strike out the bill of exceptions and transcript of evidence is sustained.